**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>LARRY MARVIN PILLISH<br>MICHELE LEIGN PILLISH<br>Debtor(s) | Case No. 07-00896 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/18/2007.

2) The plan was confirmed on 04/04/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2009, 08/04/2010.

5) The case was converted on 10/01/2010.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $24,650.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $64,319.60 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$64,319.60** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,064.27 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,764.27** |

Attorney fees paid and disclosed by debtor:    $1,300.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACTIVITY COLLECTION SVC | Unsecured | 288.00 | 427.80 | 427.80 | 30.19 | 0.00 |
| AJ PETRONE | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN DENTAL CENTER | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 780.00 | 935.37 | 935.37 | 66.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,766.00 | 2,097.02 | 2,097.02 | 147.97 | 0.00 |
| ASPIRE VISA | Unsecured | 2,514.00 | 2,745.59 | 2,745.59 | 193.73 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,114.00 | 1,206.12 | 1,206.12 | 85.10 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY SVCS | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 350.00 | 404.25 | 404.25 | 28.52 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 697.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 800.00 | 949.01 | 949.01 | 66.96 | 0.00 |
| CREST ESTATES TOWNHOME ASSOC | Secured | 747.00 | 747.00 | 747.00 | 747.00 | 0.00 |
| DAYTIMER | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,126.00 | 1,233.22 | 1,233.22 | 87.02 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 593.00 | 745.64 | 745.64 | 52.61 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 429.00 | 466.47 | 466.47 | 32.91 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,828.00 | 5,137.72 | 5,137.72 | 362.52 | 0.00 |
| EDWARDS HOSPITAL | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| EVANSTON NW HEALTHCARE | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GENTIVA CARE CENTRIX | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| GREGORY J WEBER | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS FOR CHILDREN | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| HSBC CREDIT SERVICES | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 13,079.00 | 20,860.58 | 20,860.58 | 1,471.95 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | NA | 45.93 | 45.93 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 323.00 | 323.00 | 323.00 | 323.00 | 32.10 |
| KARL FRITZ MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY OF CHICAGO | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| LUCAS CHIROPRACTIC CENTER | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| LYNA MASSIH MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MED SAVIDE MD | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ANESTESIOLOGISTS LTD | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 500.00 | 585.86 | 585.86 | 41.34 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,465.00 | 1,532.18 | 1,532.18 | 108.11 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 502.00 | 566.48 | 566.48 | 39.97 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 582.00 | 624.73 | 624.73 | 44.08 | 0.00 |
| ROCK RUN DENTAL CARE | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SECURED FINANCIAL SERVICE | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | 5,000.00 | 4,590.15 | 4,590.15 | 4,590.15 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | NA | 0.00 | 0.00 | 50,979.87 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 297.00 | 343.40 | 343.40 | 24.23 | 0.00 |
| WILL CO MEDICAL ASSOC | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $50,979.87 | $0.00 |
| Mortgage Arrearage | $4,590.15 | $4,590.15 | $0.00 |
| Debt Secured by Vehicle | $323.00 | $323.00 | $32.10 |
| All Other Secured | $747.00 | $747.00 | $0.00 |
| **TOTAL SECURED:** | **$5,660.15** | **$56,640.02** | **$32.10** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$40,907.37** | **$2,883.21** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,764.27 |
| Disbursements to Creditors | $59,555.33 |
| **TOTAL DISBURSEMENTS** : | **$64,319.60** |

    12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/13/2010                                        By: /s/ Glenn Stearns
                                                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.